**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IKEY PORTER CURRY, | NO. CV 16-4491-JLS (AS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| K. SEIBEL, Official Capacity as Associate Warden, et. al., | **OF UNITED STATES MAGISTRATE** |
| Defendants. | **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court notes that after the Magistrate Judge's issuance of the Report and Recommendation, Plaintiff submitted a notice of change of address, following his release on parole (Docket No. 31). The Report and Recommendation was mailed to Plaintiff at his new address (Docket No. 30), along with a copy of the Court's May 12, 2017 Order to Show Cause (Docket Nos. 23, 33). Plaintiff has not responded to the Court's Orders, filed objections to the Report and

Recommendation or sought an extension of time to do so, or communicated with the Court. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 15, 2017.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE