1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

IKEY PORTER CURRY,                    )   NO. CV 16-4491-JLS (AS)
                                      )
12                    Plaintiff,       )
                                      )
13            v.                       )        **JUDGMENT**
                                      )
14   K. SEIBEL, Official Capacity as   )
15   Associate Warden, et. al.,        )
                                      )
16                    Defendants.      )
   _____)

17

        Pursuant to the Court's Order Accepting Findings, Conclusions and

18   Recommendations of United States Magistrate Judge,

19

20

        IT IS ADJUDGED that the above-captioned action is dismissed  with

21   prejudice.

22

23

        DATED: September 15, 2017.

24



25

26

27                            _____
                                  JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE
28